Aaron Curtis Ahern
1015 NW Poplar Ave
Redmond OR 97756
PH: (541) 420-8824
email Aaron.Ahern@yahoo.com

5-20-2024

FILED 23 MAY '24 10:59 USDC-ORE

6:24-CV-00840-AA

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### EUGENE DIVISION

Aaron Curtis Ahern
Plaintiff

V.

UNITED STATES OF AMERICA
Defendants

— : ORIGINAL Complaint
TORT Action

— : Medical Malpractice, Involuntary
Servitude, Pain And Suffering

## OFFICIAL LEGAL CIVIL ACTION

I Aaron Curtis Ahern, DOB 10-29-1982, Respectfully Appears before the Court to bring forward This lawsuit Against My Government The United States of America, before the Statute of limitations Expires. I Am A Victim to Several Intentional Torts And the United States Has Record of this, And Is Aware I Have A legal Right to Sue In this Situation.

I Have Attempted to Exhaust Administrative Remedies In the Past but Have been Unsuccessful.

The Torts I'm Victim to fit Into the law Enforcement Proviso And must not Require The Exhausting of Administrative Remedies.

PAGE 1 of 6

#15125

I Am filing this lawsuit Because My life Has been Permanently Impacted In A Negative fasion And I suffer Daily because of the Intentional Torts I Am victim to. This legal Civil Action Is Against the Defendants because they Carried out And wrongfully Discrimnated Against me In the following ways.

1. Abuse of Process
2. Involuntary Servitude
3. Medical Malpractice
4. Unjust Enrichment
5. Discrimination In Programs Recieving federal funding
6. Pain And Suffering
7. wrongful Conversion

---

CASE History Supporting this lawsuit

I Discovered Proof of The wrongful Conversion In January 2023 And filed A lawsuit In Jefferson County, This Was CASE NO: 23CV10786. This Case Also Had A Intopleader that I'm Assuming was In fact The United States of America.
The Amount of $45,000,000.00 Damages was Ruled In my favor but because I wasn't Informed It was Appealed Without my knowledge And Dismissed without Prejudice.

2 of 6

The Practice of Involuntary Servitude Involves An Abuse of the legal Process, And Unjust Enrichment.

For Case NO 23CV10786 The Court Sent me A Notice of Its Intent to Dismiss for Want of Prosecution. This Is Also Proof of the Misuse of the Court Process.

## Medical Malpractice

The Defendants Have Carried out the Atomic Energy Act of 1954 In this Case, And I Am the Victim whoes body Has been Permently Altered because of It. I was never A willful Participant for this Program And I was Also wrongfully denied Entry Into the Army when I Wanted to go fight for our Country. Instead I was lable As A Service Disabled Vet And never contacted Again by the Department of Vetran Affairs.

## Wrongful Conversions

After Researching Service Disabled Vets I found that the wrongful taking of personal property Without Compensation Occures to Service Disabled vets Without their Knowledge.

The Device Placed In me Against my will When my life was placed In Jeopardy Is Apperently Valuable.

As of now Another Entity Is Claiming Ownership of the Device. Making me A slave living In Involuntary Servitude.

## Additional CASE History In Support

CASE NO: 22CV44245 In Jefferson County Oregon, that was moved to federal Court In Portland - CASE NO 3:23-CV-01042-SI was Dismissed Without Prejudice but without opportunity to Amend.

I Should be Allowed to Amend my Complaint for false Imprisonment And Malicious Prosecution but my rights Are being deprived to the furthest Extent And It's Painful to see the lack of Morality And Ethics the Defendants In my Prior Cases chose to display.

I'm A good Person who deserves Honesty And Judicial Relief for the Wrongful Acts I'm victim to.

I'm Also A victim of Gross Negligent Domestic Violence And Never Received my Settlement because of fraudulent misrepresentations I Relied upon.

I would never bring false Claims or Allegations to the Court, I know the Consequences. These Allegations Are 100% Accurate And truthful.

I Ask that the Defendants Please be Honest In this matter. This Is My Life thats been Changed Permanently. living In Involuntary Servitude is not Pleasant. It's even worse than false Imprisonment because It's bodily Harm.

There should be no legitimate Reason for A motion to Dismiss. I Havnt failed to State A Claim, And when trying to Exhaust Administrative Remedies nobody Is willing to Assist or Help me.

Involuntary Servitude Is the Only real Claim the Defendants need to Answer to because with Involuntary Servitude the other wrongful Practices Are taking Place Simultaneously. This Is A Planned Government Activity And I'm the Victim Seeking Relief.

## Title 18 USC Section 245
### Federally Protected Activities

I have been discriminated Against And Hurt willfully by the Defendants While Practicing federally funded Activities. I Have been forced to move out of Jefferson County Oregon because of their Involvement with the wrongful Conversion And the Involuntary Servitude. My belongings Are In A Storage unit because of Intentional Torts Including false Imprisonment.

## Higher Education Act of 1965

I'm A victim of Discrimination In Educational Programs As well. Section 504 Discrimination.

Page 5 of 6

I'm not being treated As A Human but Instead A Corporation, And the Property of Another Entity who was Originally The United States.

While Researching SAM I noticed my Company was reffered to As A Government Pharmaceautical Company. "Unjust Enrichment"

I make my claims based on facts I discover, not Suspicion. This lawsuit Is based on fact And I'm filing It before the Statute of Limitations Expires.

My Prayer for Relief for Involuntry Servitude And the Other wrongful Acts Directly Involved with Involuntry Servitude, And the Pain And Suffering I'm Experiencing Is

1. $10,000,000.00 Compensatory Damages And/or Actual Damages
2. Opportunity to Pay tax Debt with the Damages
3. SDB Certification without further Discrimination

In Good faith

[signature]